UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CATHERINE MICHELLE GARRETT,**

    **Plaintiff,**

v.                                          **Case No. 6:22-cv-241-CEM-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Vacate Remand Order and Re-Docket Case (Doc. 17). The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2. Defendant's Unopposed Motion to Vacate Remand Order and Re-Docket Case (Doc. 17) is **GRANTED**.

3. The Clerk is directed to reopen this case, with all further proceedings governed by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record