UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CATHERINE MICHELLE
GARRETT,**

      **Plaintiff,**

**v.**                                  **Case No. 6:22-cv-241-CEM-LHP**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Reverse and Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 31). The United States Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Reverse and Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 31) is **GRANTED**.

3. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings as set forth in the Report and Recommendation.

4. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record