UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CATHERINE MICHELLE GARRETT,**

**Plaintiff,**

**v.** **Case No. 6:22-cv-241-CEM-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Petition for Award of Attorney Fees ("Motion," Doc. 36). The United States Magistrate Judge issued a Report and Recommendation (Doc. 39), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Unopposed Petition for Award of Attorney Fees (Doc. 36) is **GRANTED in part** and **DENIED in part**.

   a. Plaintiff is **AWARDED** a total of $6,518.00 in fees pursuant to the EAJA and $402.00 in costs.

   b. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 17, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record